| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF CONNECTICUT |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **TiCoat, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **86-1590319** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**449 Boston Post Rd.**<br>**North Windham, CT 06256**<br>Number, Street, City, State & ZIP Code<br><br>**Windham**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.ticoat.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **TiCoat, Inc.**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **TiCoat, Inc.**  
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes.   Insurance agency _____  
   Contact name _____  
   Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000  

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
■ $100,001 - $500,000  
☐ $500,001 - $1 million  

☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion  

**16. Estimated liabilities**

☐ $0 - $50,000  
■ $1,000,001 - $10 million  
☐ $500,000,001 - $1 billion

Debtor **TiCoat, Inc.**        Case number (*if known*)
Name

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **TiCoat, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 15, 2023**
MM / DD / YYYY

X **/s/ Todd Hodrinsky**  **Todd Hodrinsky**
Signature of authorized representative of debtor   Printed name

Title **CEO**

**18. Signature of attorney**

X **/s/ Russell G. Small**   Date **September 15, 2023**
Signature of attorney for debtor   MM / DD / YYYY

**Russell G. Small**
Printed name

**Law Office of Russell Gary Small, P.C.**
Firm name

**3715 Main St., Suite 406**
**Bridgeport, CT 06606**
Number, Street, City, State & ZIP Code

Contact phone **(203) 396-0100**   Email address **russell@rgsmall.com**

**Juris #308427 CT**
Bar number and State

Fill in this information to identify the case:

Debtor name: **TiCoat, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**
Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Ins. of Building Sci<br>Attn: President<br>P.O. Box 911<br>Genoa, NV 89411 | | Various services | Disputed | | | $251,004.00 |
| Atlas High Purity Solutions<br>Attn: President<br>95 Shawmut Rd.<br>Canton, MA 02021 | | Equipment - water system. disputed for overcharge | Disputed | | | $3,509.55 |
| Jayme Stevenson<br>Attn: President<br>65 Saint Nicholas Rd.<br>Darien, CT 06820-2823 | | Promissory Note/ Investor/without security | | | | $133,317.80 |
| JLC Industries<br>Attn: President<br>281 Guliford Rd.<br>Durham, CT 06422 | | Various services - no signed contract | Disputed | | | $373,556.22 |
| Larry Rosolowski<br>Attn: President<br>413 Juanita Ave.<br>Redondo Beach, CA 90227 | | Alleged business expenses arising out of services provided | Disputed | | | $4,448.94 |
| Michael Levandoski<br>Attn: President<br>127 Roberts Trace<br>Bristol, CT 06010 | | Investor - promissory note | | | | $145,887.34 |
| Phil Ameen<br>Attn: President<br>163 Commodore Dr.<br>Jupiter, FL 33477-4007 | | Investor Promissory note | | | | $12,183.38 |
| Thomas Crotty<br>27441 N. 96th Way<br>Scottsdale, AZ 85262 | | Investor Promissory note | | | | $500,000.00 |

Debtor  **TiCoat, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Thomas J. Crotty**<br>**27441 N. 96th Way**<br>**Scottsdale, AZ**<br>**85262** | | **Convertible Prommissory Note; security agreement; UCC lien** | | $563,863.02 | $50,000.00 | $513,863.02 |
| **University of Connecticut**<br>**Attn: President**<br>**233 Glenbrook Rd., Unit 4231**<br>**Wilbur Cross Building**<br>**Storrs Mansfield, CT 06269** | | **Research services** | Disputed | | | $22,420.00 |
| **VA Tech**<br>**Attn: President**<br>**800 Washington St. SW**<br>**Blacksburg, VA 24061** | | **Research services** | Disputed | | | $456.77 |
| **Veterans Development Corp.**<br>**Attn: President**<br>**144 Lincoln Street**<br>**Norwell, MA 02061** | | **Distributor of products** | Disputed | | | $250,000.00 |
| **Wiggin and Dana, LLP**<br>**Attn: President**<br>**P.O. Box 1832**<br>**One Century Tower**<br>**New Haven, CT 06508** | | **legal fees** | Disputed | | | $60,089.68 |
| **Windham Revenue Dept.**<br>**Attn: President**<br>**P.O. Box 257**<br>**Willimantic, CT 06226** | | **Tax bill** | | $8,082.18 | $0.00 | $8,082.18 |

American Ins. of Building Sci
Attn: President
P.O. Box 911
Genoa, NV 89411


Atlas High Purity Solutions
Attn: President
95 Shawmut Rd.
Canton, MA 02021


Atlas High Purity Solutions
95 Shawmut Rd.
Canton, MA 02021


Jayme Stevenson
Attn: President
65 Saint Nicholas Rd.
Darien, CT 06820-2823


JLC Industries
Attn: President
281 Guliford Rd.
Durham, CT 06422


Larry Rosolowski
Attn: President
413 Juanita Ave.
Redondo Beach, CA 90227


Michael Levandoski
Attn: President
127 Roberts Trace
Bristol, CT 06010


Phil Ameen
Attn: President
163 Commodore Dr.
Jupiter, FL 33477-4007


Rte 6 Rental LLC
Attn: Steve Gudeahn


Thomas Crotty
27441 N. 96th Way
Scottsdale, AZ 85262

```
Thomas J. Crotty
27441 N. 96th Way
Scottsdale, AZ 85262


University of Connecticut
Attn: President
233 Glenbrook Rd., Unit 4231
Wilbur Cross Building
Storrs Mansfield, CT 06269


VA Tech
Attn: President
800 Washington St. SW
Blacksburg, VA 24061


Veterans Development Corp.
Attn: President
144 Lincoln Street
Norwell, MA 02061


Wiggin and Dana, LLP
Attn: President
P.O. Box 1832
One Century Tower
New Haven, CT 06508


Windham Revenue Dept.
Attn: President
P.O. Box 257
Willimantic, CT 06226


Woods Rogers Vandeventer Black
Attn: President
10 S. Jefferson St., Suite 180
Roanoke, VA 24011
```

# United States Bankruptcy Court
### District of Connecticut

In re **TiCoat, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **TiCoat, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 15, 2023**  
Date

**/s/ Russell G. Small**  
**Russell G. Small**  
Signature of Attorney or Litigant  
Counsel for **TiCoat, Inc.**  
**Law Office of Russell Gary Small, P.C.**  
**3715 Main St., Suite 406**  
**Bridgeport, CT 06606**  
**(203) 396-0100 Fax:(203) 396-0050**  
**russell@rgsmall.com**